LEONGUERRERO_B.dft

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 02-00005 |
|---|---|
| Plaintiff, | ) |
| vs. | ) REQUEST FOR ENTRY |
| | ) OF DEFAULT AND |
| BRIAN S. LEON GUERRERO, | ) DEFAULT JUDGMENT |
| Defendant. | ) |

REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM:

  Plaintiff, United States of America, hereby requests entry of default and default judgment by the Clerk against Defendant, BRIAN S. LEON GUERRERO, in the principal amount of $1,703.54, plus accrued interest to December 6, 2001, in the sum of $36.12, and interest thereafter to the date of judgment at the rate of 3.812 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

//

Defendant has failed to answer or plead or otherwise appear in the above-entitled action within the time required by law. Upon Declaration attached hereto, please enter the default of defendant in this case. This request is made in accordance with Rules 55(a) and (b)(1) of the Federal Rules of Civil Procedure.

DATED: 3/20/02, at Hagåtña, Guam.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: _____
ROBERT W. PEARSON
Special Assistant U.S. Attorney