ORIGINAL

1 **LEONGUERRERO_B.dft**

2 FREDERICK A. BLACK
United States Attorney
3 BRIAN S. LEON GUERRERO
Special Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 20 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00005 |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF |
| BRIAN S. LEON GUERRERO, ) | ROBERT W. PEARSON |
| Defendant. ) | |

### DECLARATION OF ROBERT W. PEARSON

I, ROBERT W. PEARSON, declare that:

1. I am the Special Assistant U.S. Attorney who represents plaintiff in this action.

2. Defendant resides within the Territory of Guam.

3. According to available records and my best information and belief, the Defendant is not an infant or incompetent person and is not in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

4. Defendant BRIAN S. LEON GUERRERO has been properly served with the Summons and Complaint on February 22, 2002, as shown on the attached copy of the United States Marshals Service Return of Service and Summons.

//

5. Defendant has failed to appear or file an answer within the time required by law.

6. The default of defendant herein and judgment against her as prayed for in the complaint should be entered.

7. The claim of the plaintiff, United States of America, is for a sum certain in a complaint for a debt owed the U.S. Small Business Administration. There is now due and owing from defendant to plaintiff, principal amount of $1,703.54, plus accrued interest to December 6, 2001, in the sum of $36.12, and interest thereafter to the date of judgment at the rate of 3.812 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: 3/20/02 , at Hagåtña, Guam.

ROBERT W. PEARSON
Special Assistant U.S. Attorney

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

U.S. MARSHALS-GUAM RECEIVED 21 FEB 2002 10:51

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV 02-00005 |
| DEFENDANT | TYPE OF PROCESS |
| BRIAN S. LEON GUERRERO | SERVICE OF COMPLAINT & SUMMONS |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Brian S. Leon Guerrero
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Nippon Rent-A-Car, Tumon (Across Daichi Hotel)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Attn.: Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN 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    DOB 10-12-73

Last known wk# 646-5502; last known h# 734-8511. Other number 632-0533. Boxholder's street address is 317 S. Sabana Dr., Barrigada, GU. Other wk# 646-1736 & h# 646-8428.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
ROBERT W. PEARSON, Special Asst. U.S. Atty.
TELEPHONE NUMBER: (671) 47227332
DATE: 02-21-02

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 93
District to Serve No. 93
Date: 2/21/02

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: [illegible]   Time: 1:45 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

RECEIVED NOV 22 2002 DISTRICT COURT OF GUAM HAGATNA

**PRIOR EDITIONS MAY BE USED**    **3. NOTICE OF SERVICE**    FORM USM-285

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **GUAM**

FILED
DISTRICT COURT OF GUAM
FEB 22 2002
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **02-00005**

BRIAN S. LEON GUERRERO

TO: (Name and address of defendant)

Brian S. Leon Guerrero
P.O. Box 5235
Hagatna, Guam 96932

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT W. PEARSON, SAUSA
MARIVIC P. DAVID, AUSA
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within **Twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L.M. MORAN
CLERK

DATE **FEB 21 2002**

(BY) DEPUTY CLERK

ORIGINAL