LEONGUERRERO_B.dft

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR 25 2002

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00005 |
| Plaintiff, | |
| vs. | ENTRY OF DEFAULT |
| BRIAN S. LEON GUERRERO, | |
| Defendant. | |

In this cause, Defendant BRIAN S. LEON GUERRERO having been regularly served with process, as appears from the record and papers on file herein, and having failed to answer the Plaintiff's complaint or otherwise appear, and the time for answering having expired;

NOW, on application of ROBERT W. PEARSON, attorney for Plaintiff, the default of defendant BRIAN S. LEON GUERRERO is hereby entered herein according to law.

DATED: __MAR 25 2002__, Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court
District Court of Guam

By: **Renee M. Martinez**
    **Deputy Clerk**

RECEIVED
MAR 20 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM