ORIGINAL

1 | **LEONGUERRERO_B.dft**

2 | FREDERICK A. BLACK
United States Attorney
3 | ROBERT W. PEARSON
Special Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

**FILED**
DISTRICT COURT OF GUAM

MAR 2 5 2002

MARY L.M. MORAN
CLERK OF COURT

7 | Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 02-00005 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFAULT JUDGMENT |
| BRIAN S. LEON GUERRERO, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

In the above-entitled action, Defendant BRIAN S. LEOIN GUERRERO was properly served with the Summons and Complaint; defendant BRIAN S. LEON GUERRERO failed to appear or answer within the time provided by law; and default has been duly entered. A declaration on behalf of the plaintiff required by Rule 55 has been filed setting forth the amounts due to plaintiff from the defendant in accordance with the prayer of the complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldier's and Sailor's Civil Relief Act of 1940, as amended.

//
//

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff, United States of America, against defendant BRIAN S. LEON GUERRERO, in the principal amount of $1,703.54, plus accrued interest to December 6, 2001, in the sum of $36.12, and interest thereafter to the date of judgment at the rate of 3.812 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; and for such other and further relief as this Court deems just and proper.

DATED: MAR 25 2002, Hagåtña, Guam.

MARY L.M. MORAN
Clerk of Court
District Court of Guam

By: Renee M. Martinez
Deputy Clerk

RECEIVED
MAR 20 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Notice is hereby given that this document was entered on the docket on 03/25/2002. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 3/25/02
Deputy Clerk    Date

- 2 -