**ORIGINAL**

1 | **LEONGUERRERO_B.dft**

FREDERICK A. BLACK
United States Attorney
BRIAN S. LEON GUERRERO
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 29 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00005 |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| BRIAN S. LEON GUERRERO, ) | |
| Defendant. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that on *March 26, 2002*, I caused to be served filed copies of the following: **Request for Entry of Default and Default Judgment, Declaration of Robert W. Pearson, Entry of Default** and **Default Judgment**, to defendant at the address shown below:

Brian S. Leon Guerrero
P.O. Box 5235
Hagåtña, Guam 96932

MICHELLE PEREZ