ORIGINAL

1 | LEONGUERRERO_B.gar1

2 | FREDERICK A. BLACK
United States Attorney
3 | ROBERT W. PEARSON
Special Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 03 2002
MARY L. M. MORAN
CLERK OF COURT



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 02-00005 |
| Plaintiff, | |
| vs. | **APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |
| BRIAN S. LEON GUERRERO, | |
| Defendant. | |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor BRIAN S. LEON GUERRERO, social security number 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, whose last known mailing address is: P.O. Box 5235, Hagåtña, Guam 96932 (hereinafter "Debtor"), in the above cited action in the principal amount of $1,703.54, plus accrued interest to December 6, 2001, in the sum of $36.12 and interest thereafter to the date of judgment at the rate of 3.812 percent per annum, and interest from the date of judgment at the legal rate until paid in full, together with advances, costs and expenses, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), fees; together with any additional costs as this Court deems just and proper.

There is a balance of $1,914.20 as of April 30, 2002.  ($1,759.58 principal + $4.62 int. to 04/30/02 + $150.00 Costs).

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days and the Debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The names and address of the Garnishees or his authorized agents is:

> Nippon Rent-A-Car
> Attn.: Payroll Department
> P.O. Box 8407
> Tamuning, Guam 96931
> Telephone No. (671) 646-1243

The United States seeks the sum of 25% of the defendant's non-exempt net disposable earnings to be withheld from the defendant's wages, salary or commissions to be applied toward the judgment.

DATED this 3rd day of May, 2002.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: /s/ Robert W. Pearson
ROBERT W. PEARSON
Special Assistant U.S. Attorney