ORIGINAL

LEONGUERRERO_B.gar2

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 06 2002
MARY L. M. MORAN
CLERK OF COURT

10

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN S. LEON GUERRERO,<br><br>　　　　Defendant.<br><br>NIPPON RENT-A-CAR,<br><br>　　　　Garnishee. | CIVIL CASE NO. 02-00005<br><br>**ORDER GRANTING COURT APPROVAL FOR THE DISTRICT COURT CLERK TO ISSUE A WRIT OF CONTINUING GARNISHMENT** |

ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor BRIAN S. LEON GUERRERO in the above cited action.

DATED this 6th day of May, 2002.

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
MAY -3 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM