ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAY - 9 2002

MARY L.M. MORAN
CLERK OF COURT

1  LEONGUERRERO_B.gar7

2  FREDERICK A. BLACK
   United States Attorney
3  ROBERT W. PEARSON
   Special Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                         FOR THE DISTRICT OF GUAM
10

11  UNITED STATES OF AMERICA,        )    CIVIL CASE NO. 02-00005
                                     )
            Plaintiff,               )
12                                   )
            vs.                      )    **CERTIFICATE OF SERVICE**
13                                   )
    BRIAN S. LEON GUERRERO,          )
14                                   )
            Defendant,               )
15  _____)
                                     )
16  NIPPON RENT-A-CAR,               )
                                     )
17          Garnishee.               )
    _____)
18

19         I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed

20  copies of the following:  **Application for Writ of Continuing Garnishment, Order Granting**

21  **Court Approval to Issue a Writ of Continuing Garnishment, Writ of Continuing**

22  **Garnishment; Instructions to the Garnishee, Notice of Post-Judgment Clerk's**

23  **Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-**

24  **Judgment Debtor on How to Claim Exemptions** were sent to the defendant by certified and

25  regular mail on _May 8, 2002_____, at Defendant's last known address of

26  P.O. Box 5235, Hagåtña, Guam 96932.

27

28                                              _____
                                                MICHELLE PEREZ