ORIGINAL

LEONGUERRERO_B.gar7

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 9 2002
MARY L.M. MORAN
CLERK OF COURT

15

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00005 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATION OF SERVICE** |
| BRIAN S. LEON GUERRERO, ) | **OF DOCUMENTS ON GARNISHEE** |
| Defendant, ) | |
| NIPPON RENT-A-CAR, ) | |
| Garnishee. ) | |

The United States of America, the judgment creditor herein, hereby certifies that filed copies of the following: **Application for Writ of Continuing Garnishment, Order Granting Court Approval for the District Court Clerk to Issue a Writ of Continuing Garnishment, Writ of Continuing Garnishment; Instructions to the Garnishee** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to the garnishee by certified mail on May 8, 2002.

DATED: 5/8/02

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: /s/ Robert W. Pearson
ROBERT W. PEARSON
Special Assistant U.S. Attorney