1 LEONGUERRERO_B.gar5
**FILED**
DISTRICT COURT OF GUAM
MAY 24 2002
MARY L. M. MORAN
CLERK OF COURT

16

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00005 |
| Plaintiff, ) | |
| vs. ) | **ANSWER OF THE GARNISHEE** |
| BRIAN S. LEON GUERRERO, ) | |
| Defendant, ) | |
| NIPPON RENT-A-CAR, ) | |
| Garnishee. ) | |

ANSWER OF THE GARNISHEE

_____SEAN M. PHILLIPS_____, BEING DULY SWORN DEPOSES AND SAYS:
        (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____

_____.

    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

//

# ORIGINAL

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) __TREASURER__ of Garnishee, __NIPPON RENT-A-CAR SERVICE OF GUAM, INC__ a corporation, organized under the laws of the __TERRITORY OF GUAM__ .

IF GARNISHEE IS A GOVERNMENT ENTITY:

State name and address of agency, and name and official title of authorized representative: _____

_____

_____

_____

1. On __MAY 14, 2002__, 2002, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes  No

 X   ___  Defendant was in my/our employ.

Pay period is weekly ___ , bi-weekly _X_ , semi-monthly ___ , monthly ___ .

The Defendant's present pay period began on __MAY 6, 2002__ .

(Present means the pay period in which this order and notice of garnishment were served)

The Defendant's present pay period ends on __MAY 19, 2002__

Enter amount of net wages. Calculate below:

|  |  |
|---|---|
| (a) Gross Pay | $ 677.70 (Pay Period 4/22-5/5/02) |
| (b) Federal income tax | 0.00 |
| (c) F.I.C.A. income tax | 45.18 |
| (d) State/Local income tax | _____ |
| Total of tax withholdings | $ 45.18 |
| Net Wages | $ 632.52 (a less total of b,c,d) |

//

- 2 -

| Yes | No | | |
|---|---|---|---|
| ___ | _x_ | 2. | Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, please attach to this Answer a copy of each garnishment, suggestion or levy. |
| ___ | _x_ | 3. | Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant: |

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |

4. If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. 401(k) PROFIT SHARING PLAN | $8,498.92 | $6,324.95 |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

//
//
//
//
//

- 3 -

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the forseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes  No

___  _X_  6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____

Yes  No

___  _X_  7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____

//
//
//

- 4 -

Case 1:02-cv-00005   Document 16   Filed 05/24/2002   Page 4 of 5

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    \_\_\_ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, BRIAN S. LEON GUERRERO, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, BRIAN S. LEON GUERRERO, P.O. Box 5235, Hagåtña, Guam 96932 and (2) the attorney for the United States, Robert W. Pearson, Special Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

NIPPON RENT-A-CAR
Garnishee

By: _SEAN M. PHILLIPS_
Name of person preparing Answer

The foregoing instrument was acknowledged before me this __24th__ day of __May__, 2002.

_____
KATHLEEN M. McDONALD
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires April 19, 2005
756 S. Marine Drive, Suite 201
Tamuning, Guam 96911

- 5 -