ORIGINAL

1 | LEONGUERRERO_B.gar9

2 | FREDERICK A. BLACK
United States Attorney
3 | ROBERT W. PEARSON
Special Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
JUL 03 2002
MARY L. M. MORAN
CLERK OF COURT

7 | Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CIVIL CASE NO. 02-00005 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| BRIAN S. LEON GUERRERO, | ) **FINAL ORDER IN** |
| Defendant, | ) **CONTINUING GARNISHMENT** |
| NIPPON RENT-A-CAR, | ) |
| Garnishee. | ) |

FINAL ORDER IN CONTINUING GARNISHMENT

This matter is before the Court for consideration of the entry of a final order in continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, against the non-exempt earnings of the judgment defendant, BRIAN S. LEON GUERRERO.

An Application of Writ of Continuing Garnishment directed to Garnishee has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, in the form of earnings.

The defendant was served with a copy of the Writ of Continuing Garnishment and notified of his right to a hearing. The defendant has not requested a hearing to determine exempt property.

Whereupon the Court, having considered the Application for a Writ of Continuing Garnishment against the earnings of the Defendant, the Answer of the Garnishee, and noting that the defendant, BRIAN S. LEON GUERRERO, has not exercised his right to request a hearing now finds that the entry of a final order of continuing garnishment is in all respects proper.

IT IS THEREFORE ORDERED Garnishee shall pay to plaintiff the lesser of a) 25% for any workweek, pursuant to 15 U.S.C. § 1673(a), of defendant's disposable earnings or b) the amount by which defendant's disposable earnings exceed 30 times the federal minimum hourly wage. "Disposable earnings" are those earnings remaining after deductions of any amount required by law to be withheld, such as social security and withholding taxes. These payments shall be made at the same time the employee is paid and shall continue until the debt to the plaintiff is paid in full or the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court. Payments shall be made payable to the **"U.S. Department of Justice"** and sent to the U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910-5059.

IT IS FURTHER ORDERED that any amounts which the Garnishee and/or Clerk of U.S. District Court of Guam may be holding pursuant to the Writ of Continuing Garnishment shall immediately be turned over to the U.S. Attorney's Office at the above address.

DATED this 2nd day of July, 2002.

HON. FRANCES M. TYDINGCO-GATEWOOD
Designated Judge

JOHN S. UNPINGCO
Chief Judge
U.S. District Court of Guam

RECEIVED JUN 25 2002 DISTRICT COURT OF GUAM HAGATNA, GUAM