ORIGINAL

LEONGUERRERO_B.ter

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 10 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN S. LEON GUERRERO, <br><br> Defendant, <br><br> NIPPON RENT-A-CAR, <br><br> Garnishee. | CIVIL CASE NO. 02-00005 <br><br> **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT; ORDER** |

On or about March 7, 2002, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about March 3, 2003, final payment

//
//
//
//
//
//

was received. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment for Defendant BRIAN S. LEON GUERRERO

DATED this 7th day of March, 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and the NMI

By: /s/ Robert W. Pearson
ROBERT W. PEARSON
Special Assistant U.S. Attorney

* * * * * * O R D E R * * * * * *

Based upon the foregoing, the Writ of Continuing Garnishment is hereby terminated.

DATED: MAR 10 2003

JOHN S. UNPINGCO
Chief Judge
District Court of Guam

RECEIVED
MAR 07 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Mtn to Term Writ of Garn
Brian S. Leon Guerrero/Nippon
CIV 02-00005