ORIGINAL

LEON GUERRERO_B.facg

FREDERICK A. BLACK
United States Attorney
ROBERT W. PEARSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 11 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 02-00005 |
| Plaintiff, ) | |
| vs. ) | FINAL ACCOUNTING UPON |
| ) | TERMINATION OF GARNISHMENT |
| BRIAN S. LEON GUERRERO, ) | |
| Defendant, ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To: Nippon Rent-A-Car
Attn.: Payroll
P.O. Box 8407
Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about March 7, 2003, $1,941.81 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the District of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this _____ day of March, 2003.

FREDERICK A. BLACK
United States Attorney
Districts of Guam and NMI

By: _____
ROBERT W. PEARSON
Special Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 2002Z00011

DEBTOR: Leon Guerrero, Brian S.
COLLECTION TYPE: WH
BALANCE AS OF MARCH 3, 2003:        $0.00

| DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 06-SEP-2002 | OT | GU /2/187 | 11193 | $ 256.90 |
| 19-SEP-2002 | OT | GU /2/196 | 11235 | 151.23 |
| 03-OCT-2002 | OT | GU /3/003 | 11305 | 151.23 |
| 18-OCT-2002 | OT | GU /3/010 | 11368 | 151.23 |
| 30-OCT-2002 | OT | GU /3/016 | 11413 | 151.23 |
| 14-NOV-2002 | OT | GU /3/025 | 11477 | 151.23 |
| 27-NOV-2002 | OT | GU /3/031 | 11530 | 151.23 |
| 27-DEC-2002 | OT | GU /3/041 | 11574 | 151.23 |
| 30-DEC-2002 | OT | GU /3/042 | 11632 | 151.23 |
| 29-JAN-2003 | PC | GU /3/057 | FHB11702 | 151.23 |
| 07-FEB-2003 | OT | GU /3/061 | 11762 | 151.23 |
| 24-FEB-2003 | OT | GU /3/069 | 11807 | 151.23 |
| 03-MAR-2003 | OT | GU /3/071 | 11857 | 21.38 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   **$1,941.81**

- 3 -