ORIGINAL

1 | **LEON GUERRERO_B.facg**

2 | FREDERICK A. BLACK
    United States Attorney
3 | ROBERT W. PEARSON
    Special Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5 | Hagåtña, Guam  96910-5059
    TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT
22

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE DISTRICT OF GUAM

| | |
|---|---|
| 10 | UNITED STATES OF AMERICA, )    CIVIL CASE NO. 02-00005 |
| 11 | Plaintiff, ) |
| 12 | vs. )    **CERTIFICATE OF SERVICE** |
| 13 | BRIAN S. LEON GUERRERO, ) |
| 14 | Defendant, ) |
| 15 | _____ ) |
| 16 | NIPPON RENT-A-CAR, ) |
| 16 | Garnishee. ) |
| 17 | _____ ) |

18

19      I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

20 copy of the following:  **Motion to Terminate Writ of Continuing Garnishment; Order** and

21 **Final Accounting Upon Termination Writ of Continuing Garnishment; Order** were sent to

22 the defendant and garnishee by mail on _March 11, 2003_ .

23

24

25                           MICHELLE PEREZ

26

27

28